UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVEN FRUGHT ET AL. | CIVIL ACTION |
| VERSUS | NO. 07-5069 |
| STATE FARM FIRE & CASUALTY INSURANCE COMPANY | SECTION "K" (2) |

### ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:  Plaintiffs' Motion Compel and for Sanctions, Record Doc. No. 16

O R D E R E D:

 XXX : GRANTED IN PART AND DENIED IN PART, as provided herein. The pre-filing discussion among counsel was sufficient. The motion seeks relief only as to Requests for Production Nos. 9 and 10. Defendant's Rule 34(b)(2)(B) written responses contain only objections. With one exception, all of these objections are overruled. The only objection that is sustained is the objection to producing materials that are not within defendant's possession, custody or control. Fed. R. Civ. P. 34(a)(1). Defendant's memorandum in opposition to the motion appears to state that State Farm has no materials responsive to these requests within its possession, custody or control. Record Doc. No. 19 (Opposition at pp. 7 and 8). The problem is that defendant's Rule 34(b) responses, signed pursuant to Fed. R. Civ. P. 26(g)(2)(B), do not clearly say so. Accordingly, the motion is granted in part in that **IT IS ORDERED** that, no later than **May 6, 2009**, State Farm must provide plaintiffs with new written responses to Requests for Production Nos. 9 and 10, signed pursuant to Fed. R. Civ. P. 26(g)(2)(B), clearly stating either that all responsive materials in its possession, custody or control have been produced or that it has no responsive materials in its possession, custody or control. In all other respects, the motion is denied, including insofar as it seeks an award of fees and costs. The motion has been granted in part and denied in part. Under these circumstances,

I find that a just apportionment of fees and costs incurred in connection with this motion is that both sides should bear their own. Fed. R. Civ. 37(a)(5)(C).

New Orleans, Louisiana, this \_\_22nd\_\_ day of April, 2009.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE